# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

HENRY MILTON GAINES, )
        Plaintiff, )
v. )
         ) Case No. CV415-200
BRYAN COUNTY JAIL, )
        Defendant. )

## REPORT AND RECOMMENDATION

On September 25, 2015, the Court gave plaintiff Henry Gaines 21 days to fix his 42 U.S.C. § 1983 complaint's fatal deficiencies. Doc. 6. Gaines never responded. His complaint therefore remains terminally flawed and should be **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's September 25 Order (doc. 6).[1]

**SO REPORTED AND RECOMMENDED**, this 9TH day of December, 2015.

                        UNITED STATES MAGISTRATE JUDGE
                        SOUTHERN DISTRICT OF GEORGIA

---

[1] Gaines' complaint as pled fails for two main reasons: (1) he named as defendant an entity incapable of being sued; and (2) his claim consists of four short sentences that do not state a claim for relief (Gaines also failed to request relief, instead writing his initials "HG" four times in a diamond pattern). *See* doc 1 at 5.