# United States District Court
## *Southern District of Georgia*

HENRY MILTON GAINES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

            v.

CASE NUMBER: CV415-200

BRYAN COUNTY JAIL,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 11, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this case is DIMISSED with prejudice and stands CLOSED.

January 11, 2016
*Date*

Scott L. Poff
*Clerk*

(By) *Deputy Clerk*